■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY TILLMAN, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant was convicted of criminal possession of a weapon in the third degree based upon the discovery of a billy club in defendant's impounded automobile. On appeal, he contends that reversal is required because the People failed to provide *Rosario* material *(see, People v Rosario,* 9 NY2d 286,

*cert denied* 368 US 866). This argument is not properly preserved for appellate review and, in the absence of a showing of substantial prejudice to defendant, we decline to reach it in the interest of justice *(see, People v Martinez,* 71 NY2d 937, 940).

We have examined defendant's remaining arguments and find them either unpreserved or, if preserved, lacking in merit. (Appeal from judgment of Cayuga County Court, Corning, J.—criminal possession of weapon, third degree.) Present —Dillon, P. J., Callahan, Green, Pine and Davis, JJ.